IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAMUEL CORRAL, *individually and on behalf of all others similarly situated*,

   Plaintiffs,

                No. 2:21-cv-390-KG-SMV

vs.

CONCHO RESOURCES, INC. and
CONOCOPHILLIPS COMPANY,

   Defendants.

ORDER GRANTING INTERVENORS'
MOTION FOR SUBSTITUION OF COUNSEL

  Pending before the Court is Intervenors RUSCO Operating, LLC ("RUSCO") and Ally Consulting, LLC's ("Ally") (collectively referred to as "RUSCO") Motion to Substitute Counsel. The Court GRANTS the motion. The Court therefore ORDERS Megan Coker be terminated as attorney for RUSCO, and Kimberly R. McCoy will continue to serve as counsel for RUSCO in this action.

                       _____
                       UNITED STATES DISTRICT JUDGE