IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAMUEL CORRAL, Individually and on Behalf of All Others Similarly Situated, | Case No. 21-0390 KG/SMV |
| Plaintiff, | Jury Trial Demanded |
| v. | |
| CONCHO RESOURCES, INC., and CONOCOPHILLIPSCOMPANY, | Collective Action (29 U.S.C. § 216(b)) |
| Defendants, | Class Action (Fed. R. Civ. P. 23) |
| and | |
| RUSCO OPERATING, LLC, and ALLY CONSULTING, LLC, | |
| Intervening Defendants. | |

## ORDER

On this day, the Court considered Plaintiff's Motion for Leave to File a Surreply to RUSCO's Reply. Having heard the arguments presented, the Court hereby GRANTS Plaintiff's Motion for Leave. Plaintiff may file a surreply to RUSCO's Reply (Doc. 65) of no more than ten (10) pages no later than October 14, 2022.

_____
UNITED STATES DISTRICT JUDGE