IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| SAMUEL CORRAL, individually and for others similarly situated | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | Cause No. 2:21-CV-00390 KG/SMV |
| CONCHO RESOURCES, INC.; AND CONOCOPHILLIPS COMPANY | § § § § | |
| DEFENDANTS | § § § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

This matter came before the Court on the Unopposed Motion to Extend the Scheduling Order Deadlines filed by Defendant Concho Resources, Inc. and Defendant ConocoPhillips Company and the Court being fully advised finds that the Motion is well taken and should be granted, it is therefore ordered that Court's Scheduling Deadlines entered on September 7, 2022 are extended as follows:

- December 12, 2022 – Joint Status Report Due
- January 2, 2023 – Initial Disclosures Due
- Rule 16 Scheduling Conference to be set at a later date by successor judge.

Signed this ___20th___ day of ___October___, 2022.

_____
The Honorable Stephan M. Vidmar

| | |
|---|---|
| Submitted by | Electronically approved on October 19, 2022 |
| Attorneys for Defendants: | Attorneys for Plaintiffs: |
| **HINKLE SHANOR LLP** | *Electronically Approved 10/19/22*<br>*by Michael Josephson* |
| */s/ Richard E. Olson*<br>Richard E. Olson<br>P.O. Box 10<br>Roswell, NM 88202-0010<br>575-622-6510 / 575-623-9332 Fax<br>ROlson@hinklelawfirm.com | **Counsel for Plaintiff:**<br>Michael Josephson<br>Andrew Dunlap<br>Taylor Montgomery<br>Josephson Dunlap Law Firm<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>mjosephson@mybackwages.com<br>adunlap@mybackwages.com<br>tmontgomery@mybackwages.com |
| and | |
| **NORTON ROSE FULBRIGHT US LLP** | |
| Shauna Johnson Clark<br>Kimberly Cheeseman<br>Andrew Yeh<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, TX  77010-3095<br>Telephone:     (713) 651-5151<br>Facsimile:      (713) 651-5246<br>shauna.clark@nortonrosefulbright.com<br>kimberly.cheeseman@nortonrosefulbright.com<br>andrew.yeh@nortonrosefulbright.com | Richard J. (Rex) Burch<br>Bruckner Burch PPLC<br>8 Greenway Plaza, Suite 1500<br>Houston, Texas 77046<br>Telephone:  (713) 877-8788<br>Facsimile:  (713) 877-8065<br>rburch@brucknerburch.com<br><br>*Counsel for Plaintiffs* |
| *Counsel for Defendants Concho Resources and ConocoPhillips.* | |