## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**SAMUEL CORRAL, on behalf of himself**
**and all others similarly situated,**

    **Plaintiff,**

vs.                                                          No. 21-cv-0390 KG/SMV

**CONCHO RESOURCES, INC., and**
**CONOCOPHILLIPS COMPANY,**

    **Defendants,**

**and**

**RUSCO OPERATING, LLC, and**
**ALLY CONSULTING, LLC,**

    **Intervening Defendants.[1]**

## ORDER SETTING STATUS CONFERENCE

**Date and time**:    November 14, 2022, at 11:30 a.m. MST

**Matter to be heard**:    Status Conference

    A telephonic Status Conference is hereby set for Monday, November 14, 2022, at 11:30 a.m. MST. Counsel for Plaintiff, Defendants, and Intervenors must attend, and the Court wishes for Plaintiff Samuel Corral to attend as well. Counsel should be prepared to discuss the substance of Judge Gonzales's referral Order [Doc. 83], and Plaintiff's Agreed Statement of Facts, [Doc. 85]. Counsel should have their calendars available at the hearing. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

---

[1] The presiding judge, Honorable Kenneth J. Gonzales, United States District Judge, allowed intervention and ordered this caption. [Doc. 58] at 18.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**