IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAMUEL CORRAL, *Individually*
*and on Behalf of All Others Similarly Situated*,

        Plaintiff,

v.                                                                                              CIV 21-0390 KG/SMV

CONCHO RESOURCES, INC., and
CONOCOPHILLIPSCOMPANY,

        Defendants,
and

RUSCO OPERATING, LLC, and
ALLY CONSULTING, LLC,

        Intervening Defendants.

ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAWAL COUNSEL

Before the Court is Plaintiff's Motion to Withdraw Counsel. For the reasons set forth in the Motion, the Court finds that good cause exists to remove Taylor S. Montgomery as counsel of record for Plaintiff in this case. The Clerk of the Court is ordered to cancel all future ECF filing notifications to Taylor S. Montgomery. Counsel for Plaintiff will continue to be represented attorneys from Josephson Dunlap, LLP and Bruckner Burch PLLC.

*[signature]*
UNITED STATES DISTRICT JUDGE