IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAMUEL CORRAL, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.                                                                                                                                      No. 21-cv-0390 KG/SMV

CONCHO RESOURCES, INC., and
CONOCOPHILLIPS COMPANY,

    Defendants,

and

RUSCO OPERATING, LLC, and
ALLY CONSULTING, LLC,

    Intervening Defendants.[1]

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD") [Doc. 91], issued on November 16, 2022. The Honorable Stephan M. Vidmar, United States Magistrate Judge, found that there was an attorney-client relationship between Mr. Corral and Attorney Josephson and that Mr. Corral and Attorney Josephson were credible witnesses. In addition, Judge Vidmar found that Attorney Josephson did not act unethically or improperly in listing Mr. Corral as the named plaintiff in this lawsuit, but that a misunderstanding occurred regarding the scope of attorney Josephson's representation. Accordingly, Judge Vidmar recommended granting Mr. Corral's pro se Motion to Dismiss

---

[1] The Court allowed intervention and ordered this caption. [Doc. 58] at 18.

[Doc. 79] and Plaintiff's counsel's Motion for Leave to File First Amended Complaint [Doc. 82] as he found that neither motion would affect the conditionally certified class. The parties filed notices of non-objections to Judge Vidmar's findings of fact and recommended disposition. [Docs. 92−95].

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the PF&RD [Doc. 91] is ADOPTED.

IT IS FURTHER ORDERED that Mr. Corral's pro se motion to dismiss [Doc. 79] and Plaintiff's counsel's Motion for Leave to File First Amended Complaint [Doc. 82] are hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE