UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| STEPHEN MARX, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>CONCHO RESOURCES, INC., and CONOCOPHILLIPS COMPANY,<br><br>     Defendants,<br><br>and<br><br>RUSCO OPERATING, LLC, and ALLY CONSULTING, LLC,<br><br>     Intervening Defendants. | Case No. 2:21-cv-00390 KG-DLM<br><br>Jury Trial Demanded<br><br>Collective Action (29 U.S.C. § 216(b))<br><br>Class Action (Fed. R. Civ. P. 23) |

**ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Parties' Joint Stipulation and Fed. R. Civ. P. 41(a)(1), this Action is dismissed with prejudice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*By:/s/ Carl A. Fitz*
**Michael A. Josephson**
Texas State Bar No. 24014780
**Andrew Dunlap**
Texas Bar No. 24078444
**Carl A. Fitz**
Texas Bar No. 24105863
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050

1

Houston, Texas 77046  
Tel: (713) 751-0025  
Fax: (713) 751-0030  
mjosephson@mybackwages.com  
adunlap@mybackwages.com  
cfitz@mybackwages.com  

AND  

**Richard J. (Rex) Burch**  
Texas State Bar No. 24001807  
**BRUCKNER BURCH PLLC**  
11 Greenway Plaza, Suite 3025  
Houston, Texas 77046  
Tel: (713) 877-8788  
Fax: (713) 877-8065  
rburch@brucknerburch.com  

*Attorneys for Plaintiffs*

By: */s/ Kimberly Cheeseman*  
Kimberly Cheeseman  
Andrew Yeh  
**NORTON ROSE FULBRIGHT US LLP**  
Fulbright Tower  
1301 McKinney, Suite 5100  
Houston, TX 77010-3095  
Telephone: (713)651-5151  
Facsimile: (713) 651-5246  
Shauna.clark@nortonrosefulbright.com  
Kimberly.cheeseman@nortonrosefulbright.com  
Andrew.yeh@nortonrosefulbright.com  

AND  

**Richard E. Olson**  
**HINKLE SHANOR LLP**  
P.O. Box 10  
Roswell, NM 88202-0010  
575-622-6510 / 575-623-9332 Fax  
rolson@hinklelawfirm.com  

*Attorneys for Defendants Concho Resources, Inc. and ConocoPhillips Company*

By: */s/ Charles M. Rosson*

Charles M. Rosson
Texas Bar No. 24074985
crosson@gibbsbruns.com
Michael Davis
Texas Bar No. 24109793
mdavis@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713.650.8805
Facsimile: 713.750.0903

**Louis W. Horowitz**, F.B.N. 14-7
**LORBER GREENFIELD & POLITO, LLP**
820 Second Street NW
Albuquerque, NM 87102
Telephone: (505) 307-4332
Fascimile: (505) 213-0144
lhorowitz@lorberlaw.com

*Attorneys for Intervenors RUSCO Operating, LLC
and Ally Consulting, LLC*